**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Daniel Merle Van Skiver,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No. CIV 05-1516-PHX-SRB (GEE)<br><br>**REPORT AND RECOMMENDATION** |

　　The plaintiff in this case, Daniel Merle Van Skiver, brings a civil rights action pursuant to 42 U.S.C. § 1983 regarding his conditions of confinement.

　　On October 6, 2002, the defendant, Joseph Arpaio, filed a motion to dismiss. [doc. #12]  The court issued an order warning Van Skiver that he must file a response by November 28, 2006, or this action could be dismissed.  The deadline passed, and Van Skiver did not file his response.

　　The court issued Van Skiver an order to show cause why this action should not be dismissed for failure to prosecute.  Van Skiver did not file a response by the deadline of January 16, 2007.

Recommendation

　　The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order

1
2        DISMISSING this action for failure to prosecute.
3
4        Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within
5   10 days of being served with a copy of this report and recommendation.   If objections are
6   not timely filed, the party's right to de novo review may be waived. *See United States v.*
7   *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).
8        The Clerk is directed to send a copy of this report and recommendation to all parties.
9
10       DATED this 26th day of January, 2007.
11
12
13   _____
                Glenda E. Edmonds
14              United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -