**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Daniel Merle Van Skiver, | ) | No. CV05-1516-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, | ) | |
| Defendant. | ) | |

Plaintiff, Daniel Merle Van Skiver, filed his Civil Rights Complaint on May 20, 2006. On October 6, 2006, Defendant filed a Motion to Dismiss alleging that Plaintiff failed to exhaust his administrative remedies before filing suit. On October 25, 2006, the Court issued its order advising Plaintiff of his obligation to respond to Defendant's Motion to Dismiss and gave Plaintiff until November 28, 2006 within which to file his response to Defendant's Motion to Dismiss. Plaintiff has not responded to the Motion to Dismiss.

On January 26, 2007 the Magistrate Judge filed her Report and Recommendation recommending that this case be dismissed for failure to prosecute. In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1    The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5    IT IS FURTHER ORDERED dismissing this case without prejudice.
6    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

8    DATED this 2nd day of March, 2007.

_____
Susan R. Bolton
United States District Judge